UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LORENZA MELANCON | CIVIL ACTION |
| VERSUS | NO. 10-4341 |
| RESOURCES HUMAN DEVELOPMENT | SECTION "R"(3) |

## ORDER WITHDRAWING REFERENCE

Considering the notice of lack of unanimous consent to proceed before the United States Magistrate.

Accordingly,

IT IS ORDERED that the referral of this matter to U.S. Magistrate Judge Daniel E. Knowles, III pursuant to Local Rule 73.2 is hereby withdrawn.

IT IS FURTHER ORDERED that a PRELIMINARY CONFERENCE will be held <u>BY</u> <u>TELEPHONE</u> on THURSDAY, MAY 19, 2011, at 10:30 a.m. for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates. The Court will initiate the telephone conference call and will be represented at the conference by its Case Manager, Jay Susslin.

New Orleans, Louisiana, this __12th__ day of April, 2011.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Knowles